**Order entered October 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01172-CV

## IN RE: SCHINDLER ELEVATOR CORPORATION, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00622-2013**

## ORDER
Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's October 4, 2016 petition

for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/     MOLLY FRANCIS
        JUSTICE